AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SL MONROE SR <br><br> *Plaintiff(s)* <br> v. <br><br> THE HAVEN DETOX, LLC, THE RECOVERY TEAM, INC., and JOANNE DELLUTRI, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:24-cv-80521-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE HAVEN DETOX LLC
c/o UNITED CENTRAL SERVICE COMPANY, INC.
2925 10th Avenue N.
Palm Springs, FL 33461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tanesha W. Blye, Esq.
LAW OFFICES OF T. WALLS BLYE
66 West Flagler Street, Ste. 900
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 26, 2024

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SL MONROE SR <br><br> *Plaintiff(s)* <br> v. <br> THE HAVEN DETOX, LLC, THE RECOVERY TEAM, INC., and JOANNE DELLUTRI, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:24-cv-80521-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE RECOVERY TEAM INC.
c/o UNITED CENTRAL SERVICE COMPANY, INC.
2925 10th Avenue N.
Palm Springs, FL 33461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanesha W. Blye, Esq.
LAW OFFICES OF T. WALLS BLYE
66 West Flagler Street, Ste. 900
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 26, 2024

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SL MONROE SR <br><br> *Plaintiff(s)* <br> v. <br> THE HAVEN DETOX, LLC, THE RECOVERY TEAM, INC., and JOANNE DELLUTRI, individually <br><br> *Defendant(s)* | Civil Action No. 9:24-cv-80521-DMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOANNE DELLUTRI
c/o UNITED CENTRAL SERVICE COMPANY, INC.
2925 10th Avenue N.
Palm Springs, FL 33461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanesha W. Blye, Esq.
LAW OFFICES OF T. WALLS BLYE
66 West Flagler Street, Ste. 900
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 26, 2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court