# RETURN OF SERVICE

**State of Florida**       **County of PALM BEACH DIVISION**      **SOUTHERN DISTRICT OF FLORIDA Court**

Case Number: 9:24-CV-80521-DMM

Plaintiff:
**SL MONROE SR.,**

vs.

Defendant:
**THE HAVEN DETOX, LLC, THE RECOVERY TEAM, INC., and JOANNE DELLUTRI, individually,**

For:
Tanesha Blye
LAW OFFICES OF T. WALLS BLYE
66 WEST FLAGLER STREET
SUITE 900
MIAMI, FL 33130

Received by FLORIDA COURTS PROCESS on the 10th day of May, 2024 at 7:47 am to be served on **THE HAVEN DETOX, LLC. c/o UNITED CENTRAL SERVICE COMPANY, INC., 2925 10TH AVE N., PALM SPRINGS, FL 33461**.

I, Arty Gonzalez, do hereby affirm that on the **14th day of May, 2024** at **2:02 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and CIVIL COVER SHEET and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **NOREEN McCARTHY c/o UNITED CENTRAL SERVICE COMPANY, INC.** as **OFFICE MANAGER** at the address of: **2925 10TH AVE N., PALM SPRINGS, FL 33461**, who stated they are authorized to accept service for **THE HAVEN DETOX, LLC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 165, Hair: White, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare I have read the foregoing documents and the facts stated in it are true. Notary not required pursuant to F.S.S. 92.525 Sec. (2).

**Arty Gonzalez**
CPS # 1416

**FLORIDA COURTS PROCESS**

Our Job Serial Number: ULS-2024000678