UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80521-MATTHEWMAN

SL MONROE SR.,

     Plaintiff,

v.

THE HAVEN DETOX, LLC, et al.,

     Defendants.

_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT [DE 44]

THIS CAUSE is before the Court upon Plaintiff SL Monroe SR. ("Plaintiff") and Defendants The Haven Detox, LLC, The Recovery Team, Inc., and Joanne Dellutri's ("Defendants") (collectively, "the parties") Joint Motion for Approval of FLSA Settlement ("Motion") [DE 44]. In the Motion, the parties seek an Order approving their settlement and dismissing the action with prejudice. *Id.* The parties also filed the Settlement Agreement and Release of Plaintiff's FLSA Claims. [DE 44].

The Court held a fairness hearing via Zoom video teleconference (VTC) on February 27, 2025, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claim alleging a violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* The parties' counsel represented that the settlement is fair and reasonable, and that Plaintiff and Defendants are in agreement with the terms of the settlement.

The Court has reviewed the Motion, the Settlement Agreement and Release, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The

Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiff is being paid an amount he believes he is owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable.

Based on the foregoing, it is hereby **ORDERED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claim to be fair and reasonable. The Court also finds that the Settlement Agreement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion [DE 44] is **GRANTED**.

2. The parties' settlement is **APPROVED**.

3. The above-style action is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 27th day of February 2025.

WILLIAM MATTHEWMAN
United States Magistrate Judge